CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 19 2016
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 6:16-CR-0009 |
| v. ) | |
| ) | In violation of: |
| RONALD LEWIS HOOPER ) | 18 U.S.C. §1035 |
| Defendant ) | 18 U.S.C. §1347 |

### Introduction to the Indictment

At all times material to this Indictment:

1. **RONALD LEWIS HOOPER** retired from his position as an Internal Revenue Agent with the United States Department of Treasury, Internal Revenue Service, on December 30, 1997. As a federal government retiree, **RONALD LEWIS HOOPER** remained enrolled in the Federal Employees Health Benefits ("FEHB") Program under a health plan with Blue Cross and Blue Shield ("BCBS").

2. The FEHB Program is a health care benefit program affecting commerce as defined in Title 18, United States Code, Section 24(b), that offered health care benefits, items, and services for federal employees, retirees, and their eligible spouses and dependents. The United States Office of Personnel Management ("OPM") administered the FEHB and contracted with a number of private insurance carriers to administer the FEHB. The OPM-contracted insurance plans processed and paid health care claims on behalf of OPM. OPM reimbursed the contracted health insurance plans

*2013R00300*

for 100% of the amount of the health care claims they paid, and 100% of their administrative expenses, plus a negotiated service charge. The money to pay the health insurance plans was drawn from the Federal Employees Health Benefits Fund, a trust fund account maintained at the United States Treasury and administered by OPM. The trust fund account was funded primarily by the federal government using taxpayer dollars, but approximately 27% of the fund was comprised of health insurance premiums paid by individual federal employees and retirees.

3. During his life, **RONALD LEWIS HOOPER** has suffered from migraines. By at least 2000, Hooper began receiving Nubain and Phenergan injections. By 2006, **RONALD LEWIS HOOPER** exhibited drug seeking behavior to obtain Nubain and Phenergan injections. **HOOPER** obtained Nubain and Phenergan injections from multiple physicians and multiple hospital emergency departments, in addition to regular injections from his primary care physician.

4. Nubain is a brand-name of the generic drug nalbuphine hydrochloride ("nalbuphine"). Nalbuphine is a synthetic opioid (or narcotic drug) used to treat moderate to severe pain. Although it is a synthetic opiate and capable of causing physical addiction, Nubain is not listed with the Drug Enforcement Administration as a controlled substance.

5. Phenergan is a brand-name of the generic drug promethazine. Promethazine is a mild sedative used to treat allergies, motion sickness, nausea and pain, among other

symptoms. When combined with an opiate drug such as Nubain, Phenergan enhances the effects of the opiate drug.

6. Beginning in January 2009, **RONALD LEWIS HOOPER** was under the care of his primary care physician, Dr. N. C., and regularly received injections of Nubain and Phenergan from Dr. C. Dr. C. limited the number of injections he was willing to provide to **RONALD LEWIS HOOPER** to two per week.

7. While receiving regular injections of Nubain and Phenergan from Dr. C., **RONALD LEWIS HOOPER** sought additional injections of Nubain and Phenergan at emergency rooms and hospital facilities throughout Virginia, West Virginia, North Carolina, South Carolina, Georgia, and Florida, among others. **RONALD LEWIS HOOPER** also regularly visited various physician offices seeking injections of Nubain and Phenergan in addition to all the other injections.

8. To facilitate receiving injections of Nubain and Phenergan at hospitals and emergency rooms, **RONALD LEWIS HOOPER** made several false statements and concealed material information: provided a false residential address; concealed the fact that he had recently received injections from a primary care physician or another emergency room; concealed the fact that he was under the care of a primary care physician; and falsely stated that he had taken his standard treatment of Imitrex, a drug used to treat migraine headaches, to no avail, when he had no prescription for Imitrex at that time.

9. Between December 2002 and December 2012, **RONALD LEWIS HOOPER** received services at hospitals and emergency rooms on approximately 1,700 separate occasions, specifically seeking injections of Nubain and Phenergan, incurring more than $824,000 in fraudulent medical claims to the FEHB.

## COUNT ONE
### (False Statements Relating to Health Care Matters, 18 USC 1035)

1. The allegations of paragraphs 1 through 9 of the Introduction are re-alleged and incorporated as if fully set forth herein.

2. On or about May 21, 2011, in the Western District of Virginia and elsewhere, the defendant, **RONALD LEWIS HOOPER**, in a matter involving a health care benefit program affecting commerce, specifically the Federal Employees Health Benefits Program, did knowingly and willfully (a) falsify, conceal and cover up by trick, scheme and device material facts, and (b) make materially false, fictitious and fraudulent statements and representations, and make and use materially false writings and documents, knowing the same to contain materially false, fictitious and fraudulent statements and entries, in connection with the delivery of, and payment for, health care benefits, items and services, in that **RONALD LEWIS HOOPER** provided the Lewis Gale Alleghany Emergency Department in Low Moor, Virginia, with a false Florida address, concealed that he had a primary care physician, and falsely reported his last treatment date.

3. All in violation of Title 18, United States Code, Section 1035.

## COUNT TWO
## (False Statements Relating to Health Care Matters, 18 USC 1035)

1. The allegations of paragraphs 1 through 9 of the Introduction are re-alleged and incorporated as if fully set forth herein.

2. On or about May 22, 2011, in the Western District of Virginia and elsewhere, the defendant, **RONALD LEWIS HOOPER**, in a matter involving a health care benefit program affecting commerce, specifically the Federal Employees Health Benefits Program, did knowingly and willfully (a) falsify, conceal and cover up by trick, scheme and device material facts, and (b) make materially false, fictitious and fraudulent statements and representations, and make and use materially false writings and documents, knowing the same to contain materially false, fictitious and fraudulent statements and entries, in connection with the delivery of, and payment for, health care benefits, items and services, in that **RONALD LEWIS HOOPER** provided the Memorial Hospital of Martinsville and Henry County Emergency Department in Martinsville, Virginia, with a false Florida address, and concealed that he had a primary care physician.

3. All in violation of Title 18, United States Code, Section 1035.

# COUNT THREE
## (False Statements Relating to Health Care Matters, 18 USC 1035)

1. The allegations of paragraphs 1 through 9 of the Introduction are re-alleged and incorporated as if fully set forth herein.

2. On or about June 24, 2011, in the Western District of Virginia and elsewhere, the defendant, **RONALD LEWIS HOOPER**, in a matter involving a health care benefit program affecting commerce, specifically the Federal Employees Health Benefits Program, did knowingly and willfully (a) falsify, conceal and cover up by trick, scheme and device material facts, and (b) make materially false, fictitious and fraudulent statements and representations, and make and use materially false writings and documents, knowing the same to contain materially false, fictitious and fraudulent statements and entries, in connection with the delivery of, and payment for, health care benefits, items and services, in that **RONALD LEWIS HOOPER** provided the Memorial Hospital of Martinsville and Henry County Emergency Department in Martinsville, Virginia, with a false Florida address, and concealed that he had a primary care physician, concealed that he received treatment at another Virginia emergency room the previous day, falsely stated that his last treatment was February 21, 2011 in Danville, and falsely stated that he had taken Imitrex injections without effect.

3. All in violation of Title 18, United States Code, Section 1035.

# COUNT FOUR
# (False Statements Relating to Health Care Matters, 18 USC 1035)

1. The allegations of paragraphs 1 through 9 of the Introduction are re-alleged and incorporated as if fully set forth herein.

2. On or about June 25, 2011, in the Western District of Virginia and elsewhere, the defendant, **RONALD LEWIS HOOPER**, in a matter involving a health care benefit program affecting commerce, specifically the Federal Employees Health Benefits Program, did knowingly and willfully (a) falsify, conceal and cover up by trick, scheme and device material facts, and (b) make materially false, fictitious and fraudulent statements and representations, and make and use materially false writings and documents, knowing the same to contain materially false, fictitious and fraudulent statements and entries, in connection with the delivery of, and payment for, health care benefits, items and services, in that **RONALD LEWIS HOOPER** provided the Lewis Gale Alleghany Emergency Department in Low Moor, Virginia, with a false Florida address, concealed that he had a primary care physician, concealed his last emergency room treatment the previous day, and gave false information about taking Imitrex injections.

3. All in violation of Title 18, United States Code, Section 1035.

# COUNT FIVE
# (False Statements Relating to Health Care Matters, 18 USC 1035)

1. The allegations of paragraphs 1 through 9 of the Introduction are re-alleged and incorporated as if fully set forth herein.

2. On or about July 23, 2011, in the Western District of Virginia and elsewhere, the defendant, **RONALD LEWIS HOOPER**, in a matter involving a health care benefit program affecting commerce, specifically the Federal Employees Health Benefits Program, did knowingly and willfully (a) falsify, conceal and cover up by trick, scheme and device material facts, and (b) make materially false, fictitious and fraudulent statements and representations, and make and use materially false writings and documents, knowing the same to contain materially false, fictitious and fraudulent statements and entries, in connection with the delivery of, and payment for, health care benefits, items and services, in that **RONALD LEWIS HOOPER** provided the Lewis Gale Alleghany Emergency Department in Low Moor, Virginia, with a false Florida address, concealed that he had a primary care physician, concealed his last emergency room treatment the previous day, and gave false information about taking Imitrex injections.

3. All in violation of Title 18, United States Code, Section 1035.

# COUNT SIX
## (False Statements Relating to Health Care Matters, 18 USC 1035)

1. The allegations of paragraphs 1 through 9 of the Introduction are re-alleged and incorporated as if fully set forth herein.

2. On or about July 25, 2011, in the Western District of Virginia and elsewhere, the defendant, **RONALD LEWIS HOOPER**, in a matter involving a health care benefit program affecting commerce, specifically the Federal Employees Health Benefits Program, did knowingly and willfully (a) falsify, conceal and cover up by trick, scheme and device material facts, and (b) make materially false, fictitious and fraudulent statements and representations, and make and use materially false writings and documents, knowing the same to contain materially false, fictitious and fraudulent statements and entries, in connection with the delivery of, and payment for, health care benefits, items and services, in that **RONALD LEWIS HOOPER** provided the Memorial Hospital of Martinsville and Henry County Emergency Department in Martinsville, Virginia, with a false Florida address, concealed that he had a primary care physician, concealed that he received treatment at from his primary care physician earlier that same day, and falsely stated that he had taken Imitrex injections without effect.

3. All in violation of Title 18, United States Code, Section 1035.

# COUNT SEVEN
## (False Statements Relating to Health Care Matters, 18 USC 1035)

1. The allegations of paragraphs 1 through 9 of the Introduction are re-alleged and incorporated as if fully set forth herein.

2. On or about August 20, 2011, in the Western District of Virginia and elsewhere, the defendant, **RONALD LEWIS HOOPER**, in a matter involving a health care benefit program affecting commerce, specifically the Federal Employees Health Benefits Program, did knowingly and willfully (a) falsify, conceal and cover up by trick, scheme and device material facts, and (b) make materially false, fictitious and fraudulent statements and representations, and make and use materially false writings and documents, knowing the same to contain materially false, fictitious and fraudulent statements and entries, in connection with the delivery of, and payment for, health care benefits, items and services, in that **RONALD LEWIS HOOPER** provided the Lewis Gale Alleghany Emergency Department in Low Moor, Virginia, with a false Florida address, concealed that he had a primary care physician, concealed his last emergency room treatment the previous day, and gave false information about taking Imitrex.

3. All in violation of Title 18, United States Code, Section 1035.

# COUNT EIGHT
## (False Statements Relating to Health Care Matters, 18 USC 1035)

1. The allegations of paragraphs 1 through 9 of the Introduction are re-alleged and incorporated as if fully set forth herein.

2. On or about September 3, 2011, in the Western District of Virginia and elsewhere, the defendant, **RONALD LEWIS HOOPER**, in a matter involving a health care benefit program affecting commerce, specifically the Federal Employees Health Benefits Program, did knowingly and willfully (a) falsify, conceal and cover up by trick, scheme and device material facts, and (b) make materially false, fictitious and fraudulent statements and representations, and make and use materially false writings and documents, knowing the same to contain materially false, fictitious and fraudulent statements and entries, in connection with the delivery of, and payment for, health care benefits, items and services, in that **RONALD LEWIS HOOPER** provided the Lewis Gale Alleghany Emergency Department in Low Moor, Virginia, with a false Florida address, concealed that he had a primary care physician, and gave false information about taking Imitrex injections.

3. All in violation of Title 18, United States Code, Section 1035.

# COUNT NINE
## (Health Care Fraud, 18 USC 1347)

1. The allegations of paragraphs 1 through 9 of the Introduction are re-alleged and incorporated as if fully set forth herein.

2. From 2002 to December 31, 2012, **RONALD LEWIS HOOPER** devised a scheme and artifice to defraud his health care benefit program, specifically the Federal Employees Health Benefits Program, a health care benefit program affecting commerce, in connection with the delivery of health care benefits, items and services. **RONALD LEWIS HOOPER** intended to obtain, and did obtain, medication in excess of what his primary care physician prescribed by visiting numerous hospitals and emergency rooms in Virginia, West Virginia, North Carolina, South Carolina, Georgia and Florida at great and excessive cost to his health care benefit plan. On occasion, **RONALD LEWIS HOOPER** visited multiple hospitals and emergency rooms in a single day and routinely did so on consecutive days.

3. To obtain specific medication, namely Nubain and Phenergan, and to fraudulently and excessively obtain health care benefits and services, **RONALD LEWIS HOOPER** routinely made false statements to nurses and physicians about his headaches, concealed information about his recent medication, his lack of a primary care physician and his residential address. **RONALD LEWIS HOOPER** consistently gave a false address in Florida, which was a mail box business. **RONALD LEWIS HOOPER** has lived and worked in Lynchburg, Virginia, most of his life and has maintained a primary care physician in Lynchburg Virginia since at least 2005.

4. All in violation of Title 18, United states Code, Section 1347.

A **TRUE BILL**, this __19__ day of May, 2016.

s/Grand Jury Foreperson
**FOREPERSON**

_____
**JOHN P. FISHWICK, JR.
UNITED STATES ATTORNEY**